# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JON CARNLEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; JACKIE DENSMORE, PAUL KATYNSKI, JENNIFER KREEGAR, HAROLD MCPHAIL, JB SIMMS, KENNETH TILLMAN, JOE ALMON, CYNTHIA CLARK,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONDUENT BUSINESS SERVICES, LLC, COMERICA, INC., COMERICA BANK,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § §   Civil Action No. SA-19-CV-01075-XR |

## ORDER

On this day the Court considered the status of this case. On September 28, 2022, the Court administratively closed this case pending the approval of a method and form of class notice. ECF No. 83. On December 22, 2022, Plaintiffs filed a motion to approve the method and form of notice to the classes. ECF No. 85. Accordingly, the Court concludes that this case should be reopened.

The Clerk is directed to **RE-OPEN** this case.

It is so **ORDERED**.

**SIGNED** January 30, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE