IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JON CARNLEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; JACKIE DENSMORE, PAUL KATYNSKI, JENNIFER KREEGAR, HAROLD MCPHAIL, JB SIMMS, KENNETH TILLMAN, JOE ALMON, CYNTHIA CLARK,<br>*Plaintiffs* | § § § § § § § § § | SA-19-CV-01075-XR |
| -vs- | | |
| CONDUENT BUSINESS SERVICES, LLC, COMERICA, INC., COMERICA BANK,<br>*Defendants* | | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's order approving (1) the motion for final approval of class action settlement and (2) the motion for attorneys' fees, expenses, and service awards filed by Plaintiffs and Class Counsel, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

Judgement is hereby entered in this matter in favor of the Plaintiffs and against the Defendants.

**IT IS ORDERED** that the Defendants create a fund in the amount of $1,200,000.00. This Settlement Amount will be used to make (a) all monetary payments to the Settlement Class; and (b) all Service Awards to be paid to Plaintiffs.

**IT IS ORDERED** that the Defendants directly pay to Class Counsel a fee in the amount of $872,425.50, separately and apart from the Settlement Fund that has been established in this case.

**IT IS FURTHER ORDERED** that the Defendants directly pay to Class Counsel $29,157.78 in litigation expenses that Class Counsel incurred during the prosecution of the case.

**IT IS FURTHER ORDERED** that the Defendants pay service awards of $2,000 for each of the eight Class Representatives for their service on behalf of the Class.

**IT IS FURTHER ORDERED** this action is **DISMISSED WITH PREJUDICE** as to all named Parties and Class members.

**IT IS FURTHER ORDERED** without affecting the finality of this judgment, the Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement and of this final order and judgment, to protect and effectuate the final order and judgment, and for any other necessary purpose.  The Class Representatives, Defendants, and each Class member (including any objectors, though there are none) are hereby deemed to have irrevocably submitted to the exclusive jurisdiction of this Court, for the purpose of any suit, action, proceeding, or dispute arising out of or relating to the Settlement, including the exhibits thereto, and only for such purposes.  Without limiting the generality of the foregoing, and without affecting the finality of the final order and judgment, the Court retains exclusive jurisdiction over any such suit, action, or proceeding.  Solely for purposes of such suit, action, or proceeding, to the fullest extent they may effectively do so under applicable law, the Parties hereto are deemed to have irrecoverably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not

subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 1st day of November, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE